```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3  UNITED STATES OF AMERICA,    )  Case 1:20-cr-18
                                 )
 4              Plaintiff,       )  EXCERPT
                                 )
 5       v.                      )  Alexandria, Virginia
                                 )  February 22, 2022
 6  ROBERTO CARLOS CRUZ MORENO,  )  3:00 p.m.
    et al.,                      )
 7                               )
                Defendants.      )
 8  _____)  Pages 1 - 9

 9
            EXCERPT OF MR. WALSH'S OPENING STATEMENT
10
          BEFORE THE HONORABLE ANTHONY J. TRENGA
11
             UNITED STATES DISTRICT COURT JUDGE
12
                          AND A JURY
13

14

15

16

17

18

19

20

21

22

23

24

25    COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

EXCERPT

Rhonda F. Montgomery    OCR-USDC/EDVA    (703) 299-4599

```
 1  APPEARANCES:

 2  FOR THE PLAINTIFF:

 3      NICHOLAS U. MURPHY, II, ESQUIRE
        AMANDA LOWE, ESQUIRE
 4      NICHOLAS J. PATTERSON, ESQUIRE
        OFFICE OF THE UNITED STATES ATTORNEY
 5      2100 Jamieson Avenue
        Alexandria, Virginia  22314
 6      (703) 299-3700

 7  FOR DEFENDANT ROBERTO CARLOS CRUZ MORENO:

 8      THOMAS B. WALSH, ESQUIRE
        PETROVICH & WALSH, PLC
 9      10605 Judicial Drive, Suite A-5
        Fairfax, Virginia  22030
10      (703) 934-9191

11  FOR DEFENDANT KEVIN PEREZ SANDOVAL:

12      JOSEPH R. CONTE, ESQUIRE
        LAW OFFICE OF J.R. CONTE PLLC
13      400 7th Street, N.W., Suite 206
        Washington, D.C.  20004
14      (202) 638-4100

15  FOR DEFENDANT MARVIN TORRES:

16      JONATHAN R. OATES, ESQUIRE
        KRUM, GERGELY & OATES, LLC
17      4103 Chain Bridge Road, Suite 401
        Fairfax, Virginia  22030
18      (703) 988-3711

19  FOR DEFENDANT JOSE ROSALES JUAREZ:

20      ADAM M. KRISCHER, ESQUIRE
        DENNIS, STEWART & KRISCHER PLLC
21      2007 15th Street N, Suite 201
        Arlington, Virginia  22201
22      (703) 248-0626

23  DEFENDANTS ROBERTO CARLOS CRUZ MORENO, KEVIN PEREZ
    SANDOVAL, MARVIN TORRES, AND JOSE ROSALES JUAREZ IN
24  PERSON

25  TERESA ROMAN AND MICHELLE DEUTSCH, SPANISH INTERPRETERS
```

EXCERPT

```
 1                     OPENING STATEMENT
 2             MR. WALSH:  May it please the Court, counsel
 3  for the government.
 4             Let me start off by telling you that I'm
 5  sitting up front because my brethren and I agreed that
 6  I could sit up there.  So it's not -- we're going to
 7  take different orders.
 8             I'm Tom Walsh.  I represent Roberto Cruz
 9  Moreno.  I can tell you that -- and you heard from
10  Judge Trenga about the presumption of innocence.  I'm
11  not going to get into the scales of justice in his
12  favor, and he does not have to present any evidence or
13  testify.  We understand that.
14             So knowing those factors, the government's
15  case is on trial.  They're on trial.  Their evidence is
16  on trial.  You're judging them in what they present
17  because I don't have to do a thing.  I can just sit
18  here on my hands, but it amazes me what the government
19  has charged Mr. Moreno with.
20             So you'll hear who really committed those
21  crimes.  You'll hear from coconspirators, they say, who
22  are cooperating, and you'll hear -- and I don't have to
23  go through them.  The government has given some of them
24  immunity.  Actually, they're not going to be prosecuted
25  for what they've done.  And some of the other people
```

EXCERPT

1  that will come before you will discuss or testify that
2  they're hoping to get out of jail, a get out of jail
3  free card, work their sentences down.  That's what the
4  government is putting forward for you.
5           So as my parents would say, let's step back
6  and look at the forest through the trees.  Let's see
7  the forest and see the overall thing that's happening
8  here.  The government is going to do a shock-and-awe
9  case.  They're going to put up bad pictures, gruesome
10 pictures of murders.  That's what they intend to do.
11          And I'll tell you, as he talked about,
12 counsel talked about Marvin Guevera.  He calls him
13 Marvin from July 3, 2017.  That man wasn't there.  That
14 man wasn't involved.  But you'll see some horrible
15 pictures of a murder that took place.  As a matter of
16 fact, the government can't even determine if my client
17 was even in the State of Virginia.  There will be no
18 evidence of that.
19          But that's not it.  They're going to put up
20 two other murders, one back in 2016 of Christian Rivas.
21 You'll see some horrible pictures.  Again, that man
22 wasn't there.  He wasn't involved.  But they're going
23 to put that up for the shock-and-awe.  And as a matter
24 of fact, the evidence will show my client wasn't even
25 in Virginia.

1    Then they're going to put in another murder
2 in 2014, Julio Urrutia.  I think that's how it's
3 pronounced.  It's 2014.  My client wasn't even in the
4 country at that time, but that's what the government is
5 going to do to try to persuade you to apply that
6 towards my client.
7    But let's get down to brass taxes.  Let's
8 take a look at this thing.  The government's witness,
9 Javier Bonilla, who they've talked about, he is an
10 attempted murderer.  He's going to testify to you.  And
11 he is a *chequeo*, or he's a posse homeboy or homeboy.
12 He was involved in the March 8, 2019, murder.  He was
13 involved in the August 12, 2000, murder, and then he
14 did some other things.  He sold drugs.  He carried
15 guns.  He possessed guns.  He's a cooperating witness
16 for them, but he's a liar.  We'll show he's a liar.
17 And he has absolute immunity.  He's not going to be
18 prosecuted in federal court.  Two attempted murders,
19 drugs, guns, but he gets to walk.
20    Here, he may say he's an innocent
21 participant, maybe he was forced into it.  You'll hear
22 that he on March 8 took a knife and stabbed it into
23 Elvin's neck a couple of times.  Dr. Seoudi I think
24 he's called -- his name is.  He'll testify about how
25 the knife went in.

1            You'll not hear any testimony that Mr. Moreno
2   stabbed Elvin or shot Elvin or hit Elvin or slashed
3   Elvin with a machete.  But this cooperating witness who
4   has immunity, he did it.
5            You'll hear how he was involved with Norman
6   Sanchez.  Counsel just said that.  And he's, again, not
7   being prosecuted for that attempted murder.  Both of
8   these people lived.  You'll learn that he was
9   prosecuted in Prince William County juvenile court for
10  one of these events.  It was knocked down to an
11  unlawful wounding.  He got 179 days in jail with 179
12  days suspended.  Two attempted murders -- the evidence
13  will show -- drugs, guns, and he got suspended jail
14  time.  You'll learn 179 is very important in a sentence
15  for him, but he's cooperating.
16           And he got that sentence, the evidence will
17  show, four to six times after he met with the
18  government.  As a matter of fact, if I remember
19  correctly, I think his disposition came down
20  November 2, 2021, I think.  I think.  Don't hold me to
21  that.  You'll learn that he's basically scot-free, and
22  he's trying to do everything in his powers to stay here
23  in this country.  So he's meeting with a case agent.
24  As a matter of fact, the evidence will show he met with
25  the case agent in this case and demanded papers so he

EXCERPT

1  could give that to Immigration to stay here.
2           But let's talk about my client, Mr. Moreno.
3  You'll learn through the agent that he was on his own,
4  age 15.  He was living on the streets.  He came to
5  Virginia sometime after the 2017 murder that he was not
6  involved in.  You'll learn that he didn't shoot
7  anybody, he didn't stab anybody.  As a matter of fact,
8  counsel said -- I think counsel said the evidence will
9  show he drove one time, March 8.  That's what they
10 alleged.
11          You'll hear from, as they said, the gang
12 expert the government will put up.  This gang expert
13 will tell you about discipline in gangs and things that
14 you have to do or you're going to get killed or your
15 family is going to get killed.  It doesn't matter if
16 you're a gang member.  If they single you out -- maybe
17 because you're Hispanic -- and they want you to do
18 something, you may do it.  But that doesn't mean you
19 are a part of the racketeering or the enterprise or the
20 gang.
21          So I'm going to keep this opening short, but
22 I'm going to ask you to please listen close to all the
23 evidence.  But you have to judge the source of the
24 evidence, the cooperating snitches that are doing
25 anything they can to make sure they cover their tails,

1  that they can get out of jail, that they get the
2  immunity.
3           And when you look at this case -- first off,
4  he's charged with, I think, maybe seven or eight
5  counts, which is absurd.  The government just
6  overcharged him.  The people that did the murders are
7  not here, or you may be hearing they're working their
8  way out of jail or get out of jail free cards, 179 and
9  179.  So they're putting on overcharging defendants, my
10 client, because that's what they're doing.
11          So when you look at the evidence and what the
12 evidence will be, I'm going to ask you to say to
13 yourself, "Well, does Mr. Moreno know them?"  I'll tell
14 you the evidence will show he wasn't there in 2017.  He
15 wasn't there in August 12, 2019.
16          The government alleges he was a driver, a
17 simple driver.  Then when you see that he wasn't there,
18 ask them, "How is he involved?"  Look at the evidence.
19 It will show he wasn't involved in those things.  I
20 think you'll see from the evidence the government has
21 overly charged my client.  The evidence is not going to
22 match what the government alleges my client has done or
23 did or they claim he did.
24          So keep in mind:  The true killers, the
25 attempted killers who are working their way out of

1  jail, they'll be cooperating.  They'll be doing
2  everything possible to make sure that they can stay
3  here or get dumped in time or, you know, have
4  meaningful letters and stuff and things of that nature.
5           So looking at all of that, I'm going to ask
6  you this:  Keep your mind open.  Wait to hear all the
7  evidence.  Again, remember, I don't have to present
8  evidence.  He's presumed innocent, and he doesn't have
9  to testify if he chooses not to.
10          So at the end of this case -- the government
11 will present its evidence.  We'll present evidence, if
12 we choose.  Then we'll get a chance to argue the
13 factors of the case, the elements of the case.
14          The government has to prove every element
15 beyond a reasonable doubt -- and I'll be addressing
16 that again -- because their case is on trial.  Their
17 case is on trial.
18          Thank you.
19       ------------------------------------
             Time:  3:10 p.m.
20
21
22
      I certify that the foregoing is a true and
23
   accurate transcription of my stenographic notes.
24
                               _____/s/_____
25                             Rhonda F. Montgomery, CCR, RPR
                         E X C E R P T