# UNITED STATES DISTRICT COURT
# CRIMINAL JURY TRIAL – DAY 12

| | |
|---|---|
| Date: **3/10/2022** | Case No.: **1:20-CR-18** |
| Time: **9:35-10:28** | Judge: **Hon. Anthony J. Trenga** |
| **1:37-2:00** | Reporter: **Rhonda Montgomery** |
| **2:35-4:14** | Deputy Clerk: **Dani Zirk** |
| **4:39-5:51** | Interpreters: **Jose Lopez/Gregorio Ayala** |
| | **Victoria Dopazo/Maria Horvath** |
| | Language: **Spanish** |

**UNITED STATES of AMERICA**

V.

**ROBERTO CARLOS CRUZ MORENO (2)**
**KEVIN PEREZ SANDOVAL (3)**
**MARVIN TORRES (4)**
**JOSE ROSALES JUAREZ (5)**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Thomas Walsh (RCM)** | **Nicholas Murphy, II** |
| **Joseph Conte (KPS)** | **Nicholas Patterson** |
| **Jonathan Oates (MT)** | **Amanda Lowe** |
| **Adam Krischer (JRJ)** | |

PROCEEDINGS:

Rule envoked on witnesses [**X**]      Opening statements made [   ]

Government adduced evidence [**X**] Motions:

Defendant adduced evidence and rests [   ] Motions: Motion for Mistrial – denied.

Rebuttal evidence adduced [   ]   Sur-Rebuttal evidence adduced [   ]   Evidence concluded [   ]

Closing arguments heard [   ]      Jury charged [   ]      Jury retired to deliberate [   ]

Jury returned to the courtroom with a verdict of:

Jury polled [   ]      Jury discharged [   ]      Jury verdict filed in open court [   ]

Defendants remanded [**X**]      Defendant(s) continued on present bond [   ]
PSIR ordered [   ]                Defendant(s) directed to report to P.O. [   ]

Case Continued To: **Friday, 3/11/2022 at 9:00 a.m.**      For: **Jury Trial (Day 13)**