# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **4/13/2022**　　　　　　　　　　Judge:　　　Hon. Anthony J. Trenga
Time: **9:05 – 9:07**　　　　　　　　　Reporter:　　Rhonda Montgomery
　　　　　　　　　　　　　　　　　　　Deputy Clerk:　Dani Zirk
　　　　　　　　　　　　　　　　　　　Interpreter:　　Johnnie Benningfield

Case Number: **1:20-CR-18**

**UNITED STATES OF AMERICA**

vs.

**ROBERTO CARLOS CRUZ MORENO**　　　**X** Present　__ Not Present
**JOSE ROSALES JUAREZ**　　　　　　　　**X** Present　__ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Thomas Walsh (RCM)** | **Nicholas Patterson** |
| **Adam Krischer (JRJ)** | **Amanda Lowe** |

PROCEEDINGS:

This matter came on for a Status Conference as to Counts 15 and 16 of the Third Superseding Indictment. Government requests that the remaining counts be dismissed without prejudice – granted; counsel is to submit a proposed order reflecting their request.